STATE of Missouri, Respondent,

v.

Robert L. WHITE, Appellant.

No. WD 34720.

Missouri Court of Appeals,
Western District.

June 12, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
July 31, 1984.

James W. Fletcher and Sean D. O'Brien,
Kansas City, for appellant.

John Ashcroft, Atty. Gen., and Philip M.
Koppe, Asst. Atty. Gen., Kansas City, for
respondent.

Before PRITCHARD, P.J., and SOMER-
VILLE and KENNEDY, JJ.

ORDER

PER CURIAM.

This is an appeal from a jury conviction
for robbery, first degree, § 569.020, RSMo
1978, after a jury trial.

No jurisprudential purpose would be
served by written opinion.

Judgment affirmed.

Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Gene REED, Appellant.

No. WD 34406.

Missouri Court of Appeals,
Western District.

June 12, 1984.

Rehearing Denied July 31, 1984.

Sammie J. Edwards and Willis Toney of
Edwards & Johnson, Kansas City, for ap-
pellant.

John Ashcroft, Atty. Gen., John M. Mor-
ris, Asst. Atty. Gen., Jefferson City, for
respondent.

Before SOMERVILLE, P.J., and NU-
GENT and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Appeal from convictions for kidnapping,
§ 565.110, R.S.Mo.1978, forcible rape,
§ 566.030, R.S.Mo.1978, and forcible sod-
omy, § 566.060, R.S.Mo.1978.

Judgment affirmed. Rule 30.25(b).